| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TERRY L. FAYLOR, Trustee of the TERRY L. FAYLOR LIVING TRUST DATED JUNE 16, 2004, ET AL.,<br><br>            Plaintiffs,<br>    v.<br><br>CALIFORNIA RECONVEYANCE COMPANY, ET AL.,<br><br>            Defendants.<br>_____ | Case No.: C 09-5213 PVT<br><br>**ORDER SETTING DEADLINE FOR PARTIES TO FILE EITHER A "CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE," OR ELSE A "DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT"** |

On November 12, 2009, defendants California Reconveyance Company and JP Morgan Chase Bank, N.A. moved to dismiss pursuant to Rule 12(b)(6). This case has been assigned to a Magistrate Judge. Before the court takes any action on the motion to dismiss, the court must determine whether or not all of the parties who have appeared consent to Magistrate Judge jurisdiction, or whether any of the parties request reassignment to a District Judge. Therefore,

IT IS HEREBY ORDERED that no later than January 22, 2010, each party who has not already done so shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment." Both forms are available from the clerk of the court, or from the Forms (Civil)

ORDER, *page 1*

1 section of the court's website at www.cand.uscourts.gov.

2 Dated: November 13, 2009

3 _____
PATRICIA V. TRUMBULL
4 United States Magistrate Judge

ORDER, *page 2*