UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TERRY L. FAYLOR, ET AL., <br><br> Plaintiffs, <br> v. <br><br> CALIFORNIA RECONVEYANCE CO., ET AL., <br><br> Defendants. | Case No.: 09-CV-05213-LHK <br><br> ORDER SETTING DEADLINE FOR PARTIES TO FILE JOINT STATUS REPORT |

Defendants have filed a motion to dismiss, which is set for hearing on January 13, 2011. *See* Dkt. #33. In an opposition to that motion, Plaintiffs state that the parties actually "reached a settlement agreement" back in April 2010. *See* Dkt. #35. Plaintiffs, however, also state that "it is unknown at this time by plaintiffs the status of the consummation of the Settlement Agreement and the requested refinance." *Id*. Plaintiffs attached a purported copy of the Settlement Agreement to their opposition, but that copy is not signed by any representative for Defendants. Thus, it is not clear to the Court if the case has settled.

Accordingly, by Monday, December 20, 2010, or sooner if practicable, the parties shall meet and confer and file a joint status report. If the case has settled, the parties should file a stipulation of dismissal. If the case has not settled, the January 13, 2011 hearing will proceed.

**IT IS SO ORDERED.**

Dated: December 13, 2010

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 09-CV-05213-LHK
ORDER SETTING DEADLINE FOR PARTIES TO FILE JOINT STATUS REPORT