UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TERRY L. FAYLOR AND ANNE M. ORMSBY, <br><br> Plaintiffs, <br><br> v. <br><br> CALIFORNIA RECONVEYANCE CO., et al., <br><br> Defendants. | Case No.: 09-CV-05213-LHK <br><br> ORDER REMANDING CASE TO SANTA CRUZ COUNTY SUPERIOR COURT |

This case was reassigned to this Court on August 2, 2010. On October 5, 2010, Defendants re-noticed a motion to dismiss, which was set for hearing on January 13, 2011. In a prior Order, the Honorable James Ware dismissed Plaintiffs' federal claim under the Truth in Lending Act ("TILA"), 15 U.S.C. § 1601, with leave to amend and declined to reach Plaintiffs' state law claims at that time. *See* Dkt. #19. Plaintiffs later filed an amended complaint which included only state law causes of action. As Plaintiff's lone federal claim under TILA has been dismissed and the time to amend that claim has long passed, the Court declines to exercise jurisdiction over Plaintiff's remaining state law claims. *See* 28 U.S.C. § 1367(c)(3) (a court may decline to exercise supplemental jurisdiction where it "has dismissed all claims over which it has original jurisdiction."). Accordingly, the case is REMANDED to the Superior Court for Santa Cruz County. The Clerk shall close the file and terminate any pending motions. The motion hearing

1

Case No.: 09-CV-05213-LHK
ORDER REMANDING CASE

1  and Case Management Conference scheduled for January 13, 2011 are vacated.

2  **IT IS SO ORDERED.**

4  Dated: January 6, 2011

*Lucy H. Koh*
LUCY H. KOH
United States District Judge